**CONCRETE MIXING & CONVEYING CO., Plaintiff Appellee, v. ULEN CONTRACTING CORPORATION and Shandaken Tunnel Corporation, Defendants Appellants.**

(Circuit Court of Appeals, Second Circuit. May 3, 1926.)

No. 332.

Appeal from the District Court of the United States for the Southern District of New York.

James L. Steuart, of New York City, for appellants.

Stephen J. Cox, of New York City, and Williams, Bradbury, McCaleb & Hinkle, of Chicago, Ill., for appellee.

Before ROGERS, HOUGH, and MACK, Circuit Judges.

PER CURIAM. Decree (12 F.[2d] 929) affirmed.